JS-6

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ELLINOR R. CODER
Special Assistant United States Attorney
CA State Bar No.: 258258
   Assistant Regional Counsel
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel: (415) 977-8955
Fax: (415) 744-0134
E-mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant
ANDREW SAUL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE DE JESUS SUAREZ FRANCO,<br><br>      Plaintiff,<br><br>  vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No.: 5:20-cv-01170-SK<br><br>**JUDGMENT OF REMAND** |

1  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 11, 2021

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE